

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 33138280**
**Date Processed: 01/21/2026**

| | |
|---|---|
| **Primary Contact:** | State Farm Enterprise SOP<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | State Farm Fire and Casualty Company<br>Entity ID Number  3461650 |
| **Entity Served:** | State Farm Fire And Casualty Company |
| **Title of Action:** | Afton Villa Condominium Association, Inc. vs. State Farm Fire And Casualty Company |
| **Matter Name/ID:** | Afton Villa Condominium Association, Inc. vs. State Farm Fire And Casualty Company (18496305) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | East Baton Rouge Parish District Court, LA |
| **Case/Reference No:** | C-772273 27 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 01/21/2026 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | Secretary Of State in Louisiana on 01/14/2026 |
| **How Served:** | Certified Mail |
| Sender Information: | Pandit Law Firm, LLC<br>504-313-3800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**EXHIBIT A**

# State of Louisiana
## Secretary of State

01/15/2026

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

STATE FARM FIRE & CASUALTY COMPANY
STATE FARM INSURANCE COMPANIES
C/O CORPORATION SERVICE COMPANY
450 LAUREL STREET, 8TH FLOOR
BATON ROUGE, LA  70801

Suit No.: 772273
19TH JUDICIAL DISTRICT COURT
EAST BATON ROUGE PARISH

AFTON VILLA CONDOMINIUM ASSOC, ET AL
vs
STATE FARM FIRE AND CASUALTY COMPANY

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

NANCY LANDRY
Secretary of State

Served on: NANCY LANDRY
Served by:  B GARAFOLA

Date: 01/14/2026
Title: DEPUTY SHERIFF

**No: 1375707**



JN

EXHIBIT A

# SERVICE COPY



**D18373035**

# CITATION

**AFTON VILLA CONDOMINIUM ASSOCIATION, INC.**
(Plaintiff)

**VS**

**STATE FARM FIRE AND CASUALTY COMPANY**
(Defendant)

**NUMBER C-772273 "27"**

**19TH JUDICIAL DISTRICT COURT**

**PARISH OF EAST BATON ROUGE**

**STATE OF LOUISIANA**

**TO:   STATE FARM FIRE AND CASUALTY COMPANY**
**THROUGH ITS AGENT:**
**LOUISIANA SECRETARY OF STATE**

SERVED ON
NANCY LANDRY

JAN 1 4 2026

GREETINGS:

SECRETARY OF STATE
COMMERCIAL DIVISION

    Attached to this citation is a certified copy of a petition or other legal pleading that has been filed with the Clerk of Court for East Baton Rouge Parish ("Clerk of Court") and in which service upon you was requested by the filing party. Please read the petition for information concerning any claims that may have been asserted against you.

    Pursuant to Louisiana Code of Civil Procedure Article 1001, you are required to file an answer to the petition or other legal pleading in the Clerk of Court's Civil Department located at 300 North Boulevard, Suite 3301, Baton Rouge, Louisiana, and you must do so within EITHER:
1. **21 DAYS** of the date you were served with the petition; **OR**
2. **30 DAYS** of the date you were served with both the petition and a discovery request. (*Note: If no discovery request was included with your petition, you must instead adhere to the 21-day deadline above.)

    If you fail to file an answer or other legal pleading, a default judgment may be rendered against you. Any questions you may have seeking legal advice should be directed to an attorney at law, not the Clerk of Court. This citation was issued by the Clerk of Court for East Baton Rouge Parish on **JANUARY 7, 2026.**



*ayrauna Collins*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: FINKELSTEIN, MICHAEL S**
*The following documents are attached:

**PETITION**

---

### SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:

**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**    After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

RECEIVED
East Baton Rouge Sheriff Office

JAN 1 3 2026

**CITATION-2000**

**EXHIBIT A**

EAST BATON ROUGE PARISH    C-772273
Filed Dec 30, 2025 10:42 AM    27
Deputy Clerk of Court
E-File Received Dec 29, 2025 2:32 PM

19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO. _____                                          DIVISION "____"

AFTON VILLA CONDOMINIUM ASSOCIATION, INC.

VERSUS

STATE FARM FIRE AND CASUALTY COMPANY

FILED: _____          _____
                                            DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Afton Villa Condominium Association, Inc., which respectfully submits this Petition for Damages against Defendant, State Farm Fire and Casualty Company, and respectfully avers as follows:

## PARTIES

1.

Plaintiff, Afton Villa Condominium Association, Inc. ("Afton Villa" or "Plaintiff"), is non-profit corporation organized and existing under the laws of the State of Louisiana, and which has its domicile address located in the City of Baton Rouge, East Baton Rouge Parish, State of Louisiana.

2.

Made Defendant herein is State Farm Fire and Casualty Company ("State Farm" or "Defendant"), is a foreign insurance corporation, incorporated and existing under the laws of the state of Illinois, which may be served through its registered agent for service of process, the Louisiana Secretary of State, located at 8585 Archives Avenue, Baton Rouge, Louisiana, 70809.

## JURISDICTION AND VENUE

3.

Subject matter jurisdiction is proper in this Honorable Court pursuant to Louisiana Constitution Article 5, Section 16, and because the amount in controversy exceeds that of all lower

1

Certified True and
Correct Copy
CertID: 2026010700534

*Ayauna Collins*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
1/7/2026 10:47 AM

EXHIBIT A
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

courts. The Court has personal jurisdiction over Defendant because it is doing business in the State of Louisiana.

**4.**

Venue is proper in this Honorable Court pursuant to Louisiana Code of Civil Procedure Article 76 because this is an action on an insurance policy, and part of the loss occurred in East Baton Rouge Parish, where the insured property is located, and the insured is domiciled in East Baton Rouge.

## FACTUAL BACKGROUND

**5.**

At all times relevant hereto, Plaintiff owned the real estate and the building located at 3535 S. Sherwood Forest Blvd. Baton Rouge, LA 70816 (the "Insured Property").

**6.**

At all times relevant hereto, Defendant provided Plaintiff with first-party property insurance written in an insurance policy, bearing Policy Number 98-BN-Z309-7 (hereinafter "the Policy"), which covered the Insured Property against loss and damage caused by, among other perils, wind and hail. The Policy was in full force and effect at the time of the covered loss event that is the subject of the instant lawsuit.

**7.**

On or about April 10, 2024, the Insured Property was damaged as the result of a wind and hail storm ("the Subject Loss" or "the Loss Event").

**8.**

The Insured Property sustained physical damage to the roofing, exterior structures, interior structures, and other parts of the buildings as a result of the Loss Event. In addition, water has infiltrated the structures, causing damage to the interiors of the buildings.

**9.**

In addition to the physical damages, the damage to the Insured Premises caused by the Loss Event resulted in significant business interruption loss and loss of rental income to Plaintiff.

**10.**

The Loss Event also caused Plaintiff to incur extra expenses as a result of the damage

2



Certified True and
Correct Copy
CertID: 2026010700534

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
1/7/2026 10:47 AM

**EXHIBIT A**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

caused to the building.

**11.**

Afton Villa took reasonable steps to mitigate the damages caused by the Loss Event as soon as was reasonably possible.

**12.**

Afton Villa notified State Farm Fire and Casualty Company of the damage caused by the Loss Event, and a claim was opened under Claim Number 18-66H0-54D.

**13.**

Defendant, directly and/or through their agents and loss consultants and adjusters, had ample opportunity to investigate and inspect the damage to the Insured Property.

**14.**

Defendant failed to pay the amount due to Plaintiff in connection with the subject claim within thirty (30) days after receipt of satisfactory proof of loss, and also failed to make a written offer to settle Plaintiff's property damage claims within thirty (30) days after receipt of satisfactory proof of loss of the claim.

**15.**

Defendant has been in possession of sufficient documentation to fully apprise itself of the actual loss and damage to the Insured Property as a result of the subject loss event. Defendant failed to pay Plaintiff the actual amount of the loss due under the Policy despite having satisfactory proof of loss for more than sixty (60) days.

**16.**

Defendant breached its affirmative duties under LSA-R.S. § 22:1973 as a result of its failure to timely and reasonably adjust the subject losses.

**17.**

Defendant's failure to timely pay benefits owed under the Policy has placed the Insured Property at risk.

**18.**

Defendant has unjustifiably failed and/or refused to perform its obligations under the Policy and has wrongfully or unfairly limited payment on the Plaintiff's claims.

3



**Certified True and Correct Copy**
CertID: 2026010700534

*Ayauna Collins*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
1/7/2026 10:47 AM

**EXHIBIT A**

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**19.**

Because of Defendant's failure to timely compensate Plaintiff for losses that are clearly covered and owed under the Policy, Plaintiff has and will continue to sustain and/or incur additional business losses and/or extra expenses.

**20.**

As a result of Defendant's bad faith conduct in connection with its adjustment of these claims, Plaintiff has incurred and will incur professional expenses, including expert and/or attorney's fees, to determine that Defendant wrongfully failed to timely pay adequate amounts owed under the Policy in connection with Plaintiff's claims.

## CAUSES OF ACTION

### A. Breach of Insurance Contract

**21.**

Plaintiff realleges and re-avers the allegations contained in the preceding paragraphs above, as if restated herein.

**22.**

The Policy is an insurance contract between Plaintiff and Defendant that provides coverage for the losses resulting from the Loss Event.

**23.**

Despite having adequate proof of loss, Defendant failed to timely tender adequate funds that are owed to Plaintiff under the Policy.

**24.**

Upon information and belief, Defendant has breached the insurance contract by, among other things:

    (i)     purposely and/or negligently failing to timely tender undisputed insurance proceeds;

    (ii)    conducting the investigation and claims handling in bad faith;

    (iii)   failing to adequately compensate Plaintiff for the damages to the Insured Property, as required by the Policy; and

    (iv)   other acts and omissions as may be proven at the time of trial.

4


**Certified True and Correct Copy**
CertID: 2026010700534

*Ayauna Collins*

East Baton Rouge Parish
Deputy Clerk Of Court
**EXHIBIT A**

Generated Date:
1/7/2026 10:47 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

25.

Plaintiff has suffered and will continue to suffer damages as a result of Defendant's breaches of the insurance contract.

**B. Bad Faith Damages for Violations of LSA-R.S. § 22:1892 and § 22:1973.**

26.

Plaintiff realleges and re-avers the allegations contained in the preceding paragraphs, above, as if restated herein.

27.

Pursuant to LSA-R.S. § 22:1892, Defendant was required to unconditionally tender payment to Plaintiff for reasonably undisputed damages caused by the subject loss event within thirty (30) days of Defendant's receipt of satisfactory proof of loss. Defendant received satisfactory proof of loss when its adjuster(s) inspected the Insured Property, but failed to pay the claim within thirty (30) days thereof.

28.

Defendant's failure to pay adequate amounts timely in this matter was arbitrary, capricious, or without probable cause.

29.

Pursuant to LSA-R.S. § 22:1892, Defendant is liable to Plaintiff for a penalty equal to fifty percent (50%), in addition to the amount of the loss, of the amount due from Defendant, as well as reasonable attorney's fees and costs, for Defendant's failure to unconditionally tender the amounts owed to Plaintiff within thirty (30) days after receipt of satisfactory proof of loss, and within thirty (30) days after its receipt of the appraisal awards.

30.

Pursuant to LSA-R.S. § 22:1973, Defendant is additionally liable to Plaintiff for actual damages, for Defendant's misrepresentations of pertinent facts concerning the amounts owed, coverages, and provisions under the Policy, as well as for failing to unconditionally tender the amounts owed to Plaintiff within sixty (60) days after receipt of satisfactory proof of loss and because that failure was arbitrary, capricious or without probable cause.

5



**Certified True and Correct Copy**
CertID: 2026010700534

*Ayauna Collins*

East Baton Rouge Parish
Deputy Clerk Of Court
**EXHIBIT A**

Generated Date:
1/7/2026 10:47 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

31.

Pursuant to LSA-R.S. § 22:1973, in addition to actual damages for its breaches of the statute, Defendant is also liable to Plaintiff for a penalty of up to two times the actual damages Plaintiff sustained or five thousand dollars, whichever is greater.

## DAMAGES

32.

As a result of the actions of Defendant, Plaintiff has suffered the following non-exclusive past, present, and future damages, in amounts reasonable in the premises:

a. Damages to the buildings and other structures located at the Insured Property;

b. Mitigation, remediation and repair costs;

c. Diminution in value;

d. Loss and damage due to delays and/or inability to make appropriate repairs as a result of inadequate insurance payments;

e. Business income/opportunity loss and extra expenses;

f. Penalties as allowed by law;

g. Any and all other applicable damages covered under any of the applicable coverages afforded under the Policy's sub-coverage limits, including but not limited to increased cost of construction;

h. Any and all other consequential damages caused by Defendant's breaches;

i. Attorney's fees and costs of these proceedings, and all other costs incurred prior to this litigation as a result of Defendant's breaches; and

j. Any and all other damages that are shown through discovery and/or proven at the trial of this matter.

## JURY DEMAND

33.

Plaintiff demands a trial by jury for all issues so triable.

## REQUEST FOR RELIEF

34.

WHEREFORE, Plaintiff, Afton Villa Condominium Association, Inc., prays that after due proceedings, there be judgment rendered herein in Plaintiff's favor and against Defendant, State Farm Fire and Casualty Company, for the full amounts due under the terms of the coverages

6


**Certified True and Correct Copy**
CertID: 2026010700534

*Ayanna Collins*

East Baton Rouge Parish
Deputy Clerk Of Court

Generated Date:
1/7/2026 10:47 AM

**EXHIBIT A**
Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

provided by Defendant's insurance Policy, for actual damages, penalties, attorney's fees, costs, and expenses, and for such other damages as would reasonably and justly compensate Plaintiff in accordance with the rules of law, plus interest to the fullest extent allowed by law, all court costs, legal interest from date of judicial demand until paid, and for any and all other general and equitable relief that may be appropriate.

Respectfully submitted,

PANDIT LAW FIRM, LLC

RAJAN PANDIT, Bar No. 32215
MICHAEL FINKELSTEIN, Bar No. 35476
701 Poydras Street, Suite 3950
New Orleans, LA 70139
Telephone:     (504) 313-3800
Facsimile:     (504) 313-3820
Email: rpandit@panditlaw.com
           mfinkelstein@panditlaw.com

and

ROBICHAUX, MIZE, WADSACK,
RICHARDSON & WATSON, LLC
MATTHEW M. MIZE, Bar No. 33993
1777 Ryan Street (70601)
P. O. Box 2065
Lake Charles, LA 70602
Telephone:     (337) 433-0234
Facsimile:     (337) 433-8595
Email:         mmm@rmwlegal.com

*Counsel for Plaintiff, Afton Villa Condominium Association, Inc.*

PLEASE ISSUE A CITATION AND SERVE:

STATE FARM FIRE AND CASUALTY COMPANY
*Through its registered agent for Service of Process*
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

7

Certified True and
Correct Copy
CertID: 2026010700534

East Baton Rouge Parish
Deputy Clerk Of Court
EXHIBIT A

Generated Date:
1/7/2026 10:47 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

**NANCY LANDRY**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**







9489 0090 0027 6725 3065 39

Label 890-PB, Oct. 2015
Pitney Bowes

FIRST-CLA



ZIP 70802
02 7W
00080355 15 J.

EXHIBIT A